IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ZIVANIC, ) | Case No. 10-737 SC |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE |
| v. ) | |
| ) | |
| WASHINGTON MUTUAL BANK, F.A.; ERIC ) | |
| DIPPEL; LISA DIPPEL; JPMORGAN ) | |
| CHASE BANK, N.A.; DEUTSCHE BANK ) | |
| NATIONAL TRUST COMPANY; QUALITY ) | |
| LOAN SERVICE CORPORATION; and DOES ) | |
| 1-50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 9, 2010, the Court granted in part and denied in part a motion to dismiss filed by Defendants JPMorgan Chase Bank, N.A., and Deutsche Bank. Docket No. 20. The Court ordered Plaintiff Yvonne Zivanic to submit an amended complaint within thirty days and stated that her failure to do so would result in dismissal of her case. Plaintiff has failed to submit an amended complaint. Therefore, the Court DISMISSES Plaintiff's case.

IT IS SO ORDERED.

Dated: July 27, 2010

_____
UNITED STATES DISTRICT JUDGE