IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ZIVANIC,<br><br>    Plaintiff,<br>  v.<br><br>WASHINGTON MUTUAL BANK, N.A.; ERIC DIPPEL; LISA DIPPEL; JPMORGAN CHASE BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY; QUALITY LOAN SERVICE CORPORATION; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 10-737 SC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ORDER EXPUNGING NOTICE OF PENDENCY OF ACTION AND FOR ATTORNEYS' FEES AND COSTS |

    The Court dismissed this case on July 27, 2010. ECF No. 22. Defendants JP Morgan Chase Bank, N.A., and Deutsche Bank National Trust Company (collectively, "Defendants") now seek the expungement of the Notice of Pendency of Action filed by Plaintiff Yvonne Zivanic ("Plaintiff") on February 19, 2010. ECF No. 29 ("Mot."). Defendants also seek attorneys' fees and costs under section 405.38 of California's Code of Civil Procedure, which provides: "The court shall direct the party prevailing on any motion under this chapter be awarded reasonable attorney's fees and costs of making or opposing the motion unless the court finds that the other party acted with substantial justification or other circumstances make the imposition of attorney's fees and costs unjust." Id. Plaintiff did not file an opposition.

**United States District Court**
For the Northern District of California

Having reviewed the papers submitted, the Court GRANTS Defendants' Motion.  The Court ORDERS expunged the Notice of Pendency of Action recorded as Document 20615884 on February 19, 2010 in the office of the Santa Clara County Recorder's office. The Court further ORDERS Plaintiff to pay Defendants $670 in reasonable attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 26, 2011



UNITED STATES DISTRICT JUDGE